MARY JANNARONE, PLAINTIFF-PETITIONER, v. JOSEPH CALAMONERI, DEFENDANT-RESPONDENT.

See same case below: 65 *N. J. Super.* 472.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Lum, Biunno & Tompkins, Mr. Peter W. Thomas* and *Mr. Theodore L. Abeles* for the respondent.

May 29, 1961. Denied.

PHILIP H. ASPLUND, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MARJOHN CORPORATION, DEFENDANT-PETITIONER.

See same case below: 66 *N. J. Super.* 255.

*Messrs. Feinberg & Feinberg* for the petitioner.

*Messrs. Pitney, Hardin & Ward* for the respondents.

May 29, 1961. Denied.